UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 09112
   ROBERT G JONES
   TAMMY L JONES                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-7171     SSN XXX-XX-0753
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/14/05 and confirmed on 05/06/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 27720.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TCF BANK | CURRENT MORTG | .00 | .00 | .00 |
| TCF BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| CARMAX AUTO FINANCE | SECURED VEHIC | 9356.89 | 687.40 | 9356.89 |
| ASSOCIATED GENERAL SURGE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8842.13 | .00 | 2389.72 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 924.88 | .00 | 249.96 |
| ECAST SETTLEMENT CORP | UNSECURED | 1577.81 | .00 | 426.43 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRA | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | 643.83 | .00 | 174.00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 17702.43 | .00 | 4784.34 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8247.12 | .00 | 2228.91 |
| BIEHL & BIEHL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11273.43 | .00 | 3046.81 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| TRI COUNTY ACCOUNTS | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | 1349.27 | .00 | 364.66 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 273.96 | .00 | 74.04 |
| KOHLS | UNSECURED | 792.19 | .00 | 214.10 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST SPORTS & REHAB | UNSECURED | NOT FILED | .00 | .00 |
| ORTHOPAEDIC ASSOC OF DUP | UNSECURED | NOT FILED | .00 | .00 |
| PHYSICAL MEDICAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| UROLOGY ASSOCIATES OF DU | UNSECURED | NOT FILED | .00 | .00 |

```
MEDICAL BUSINESS BUREAU   UNSECURED         NOT FILED                  .00          .00
      Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY   UNSECURED        OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  9356.89           .00    51627.05          .00     60983.94
PRINCIPAL PAID      9356.89           .00    13952.97          .00     23309.86
INTEREST PAID        687.40           .00         .00          .00       687.40
TOTAL PAID         10044.29           .00    13952.97          .00     23997.26
```

The Debtor's attorney, GREENBERG & ASSOC             , was allowed $   2700.00
and was paid $     200.00   direct and $   2500.00   through the plan.

The Trustee received $   1222.74 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 05/21/08              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 09112 ROBERT G JONES & TAMMY L JONES